## CURRY v. STATE (two cases).
### Nos. 17372, 17373.

Court of Criminal Appeals of Texas.
Feb. 27, 1935.

C. C. Randle, of Waxahachie, for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

CHRISTIAN, Judge.

The offense is burglary; the punishment, confinement in the penitentiary for two years.

The record is before us without a statement of facts or bills of exception. No question is presented for review.

The judgment is affirmed.

PER CURIAM.

The foregoing opinion of the Commission of Appeals has been examined by the judges of the Court of Criminal Appeals and approved by the court.

## GRAY v. STATE.
### No. 17246.

Court of Criminal Appeals of Texas.
Feb. 27, 1935.

Henry Bishop, of Fort Worth, for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

HAWKINS, Judge.

Conviction is for robbery by the use of firearms, punishment being fifteen years in the penitentiary.

The indictment properly charges the offense. The record contains neither statement of facts nor bills of exception. In such condition nothing is presented for review.

The judgment is affirmed.